## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **LESLIE KOBLENTZ**<br>5300 Muirfield Drive<br>Pepper Pike, OH  44124<br><br>v.<br><br>Plaintiff,<br><br>**ST. VINCENT MEDICAL GROUP**<br>2351 East 22nd Street<br>Cleveland, OH  44115<br><br>and<br><br>**OUTREACH PROFESSIONAL SERVICES**<br>2351 East 22nd Street<br>Cleveland, OH  44115<br><br>Defendants. | Case No.<br><br>Judge: |

### NOTICE OF REMOVAL OF CIVIL ACTION

**TO:** **THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

Defendants, St. Vincent Medical Group ("St. Vincent") and Outreach Professional Services ("Outreach") (hereinafter "Defendants"), by and through their attorneys, hereby give notice of the removal of this lawsuit from the Cuyahoga County Court of Common Pleas of the State of Ohio to the United States District Court for the Northern District of Ohio, Eastern Division, and respectfully submit to this Honorable Court that:

1.      The Complaint in this case was filed in the Cuyahoga County Court of Common Pleas on March 20, 2017 under Case No. CV 17 877619, and was served on all Defendants on March 22, 2017.  Copies of the Summonses and the same Complaint that were served upon Defendants are attached hereto as Exhibits A, B, C and D.  Exhibit E is the Case Information Sheet reflecting the service dates of March 22, 2017.  The Complaint alleged purely state age discrimination claims under ORC 4112.  See Exhibit D, paragraphs 40, 41 and 44.

2.      On April 19, 2017, the Defendants filed a Motion to Dismiss/Motion for Summary Judgment on the basis that all of Plaintiff's age discrimination claims were barred by the doctrine of election of remedies because Plaintiff had previously filed an age discrimination charge with the Equal Employment Opportunity Commission ("EEOC") which the Ohio Civil Rights Commission ("OCRC") was processing under its work sharing agreement with the EEOC.  A copy of the Defendants' Motion to Dismiss/Motion for Summary Judgment is attached hereto as Exhibit F.

3.      Instead of filing a Memorandum in Opposition to Defendants' Motion to Dismiss/Motion for Summary Judgment, Plaintiff, on April 27, 2017, filed an Amended Complaint in which Plaintiff dropped all state law claims and instead asserted for the first time only federal claims under the Federal Age Discrimination in Employment Act as Amended ("ADEA"), 29 USC § 621 et seq.  Plaintiff also dropped David Perse as a Defendant in the Amended Complaint.  A copy of the Amended Complaint is attached hereto as Exhibit G (birthdate partially redacted in paragraph 2 of the Amended Complaint).  See paragraphs 47, 48 and 51.  Defendants' counsel received the Amended Complaint by electronic service on April 27, 2017.  Receipt of the Amended Complaint was the point at which for the first time it could be ascertained that the case is one which had become removable pursuant to 28 U.S.C. 1446(b)(3).

4.     The Summonses and Complaint and Amended Complaint, Exhibits A, B, C, and D and G, constitute all process and pleadings served upon the Defendants in the Court of Common Pleas in this case.  Exhibit H is a copy of an order served upon Defendants' counsel on May 5, 2017, scheduling a telephonic case management conference for May 30, 2017.  It is the only order served upon Defendants in the State Court case.

5.     This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b)(3) in that it is filed within thirty (30) days of receipt of Amended Complaint by Defendants.  All Defendants consent to the filing of this Notice of Removal.  Defendants note that Outreach Professional Services, Inc. is a corporation that does business as St. Vincent Medical Group.  Therefore, there is only one defendant in this case.

6.     In paragraphs 47, 48 and 51 of the Amended Complaint, Exhibit G, Plaintiff alleges that the Defendants discriminated against her on the basis of age in violation of the Age Discrimination in Employment Act of 1967 as amended, 29 USC § 621 et seq.

7.     In alleging violations of federal law on the basis of her age, Plaintiff has invoked 29 U.S.C. §621, et seq. thus including 29 U.S.C. §§623 and 626.

8.     Inasmuch as Plaintiff's Amended Complaint alleges causes of action under 29 U.S.C. §§623 and 626, this action is removable to this Honorable Court pursuant to 28 U.S.C. §1441 on the basis that such causes of action are founded upon claims of right arising under laws of the United States, and over which this District Court has original jurisdiction pursuant to 28 U.S.C. §1331.  Pursuant to 29 U.S.C. §§623 and 626, 28 U.S.C. §1331 and 28 U.S.C. §1441, this action may be removed to this Honorable Court without regard to the amount in controversy or to the citizenship or residence of the parties.

3

9. Pursuant to 28 U.S.C. §1391, venue is proper in the United States District Court for the Northern District of Ohio, Eastern Division, insofar as Defendants reside in this district and a substantial part of the alleged events and omissions allegedly giving rise to Plaintiff's claims purportedly occurred within this judicial district, specifically, Cuyahoga County, Ohio.

10. As required by 28 U.S.C. §1446(d), Defendant is providing written notice of the filing of this Notice of Removal of Civil Action to Richard S. Koblentz, Nicholas E. Froning and Stephen W. Gard, counsel of record for Plaintiff, and will promptly file a copy of this Notice of Removal of Civil Action with the Clerk of the Cuyahoga County Court of Common Pleas of the State of Ohio.

WHEREFORE, pursuant to 29 U.S.C. §§623 and 626, 28 U.S.C. §§1331, 1441, and 1446, Defendants remove this case from the Cuyahoga County Court of Common Pleas for the State of Ohio to this Honorable Court.

Respectfully submitted,

*/s/ Robert M. Wolff*

Robert M. Wolff (0006845)
rwolff@littler.com
Mark V. Webber (0007544)
mvwebber@littler.com
Alex Frondorf (0087071)
afrondorf@littler.com
LITTLER MENDELSON
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038

Attorneys for Defendants,
St. Vincent Medical Group and Outreach
Professional Services

4

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Notice of Removal of Civil Action* was filed electronically this 11th day of May, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Additionally, a copy of the foregoing *Notice of Removal of Civil Action* has been sent to Richard S. Koblentz, Nicholas E. Froning and Stephen W. Gard, Attorneys for Plaintiff, via U.S. Mail to 55 Public Square, Suite 1170, Cleveland, OH  44113, and via email at rich@koblentzlaw.com, nick@koblentzlaw.com and Stephen.gard@yahoo.com, this 11th day of May, 2017.

/s/ Robert M. Wolff
Robert M. Wolff (0006845)

Attorneys for Defendants,
St. Vincent Medical Group and Outreach Professional Services

Firmwide:147416522.1 064590.1013

5